# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 5:11cr26-RH

JACQUELINE DENISE COOPER,

    Defendant.

_____/

## ORDER TERMINATING PROBATION

The probation officer has recommended early termination of the defendant Jacqueline Denise Cooper's probation. The probation officer has reported that the government does not oppose the recommendation. I have considered the factors listed in 18 U.S.C. § 3553(a) and the criteria listed in Monograph 109 as approved by the Judicial Conference of the United States. I find that termination of probation at this time is warranted by the defendant's conduct and the interest of justice. *See* 18 U.S.C. § 3564(c). Accordingly,

    IT IS ORDERED:

    Ms. Cooper's probation is terminated as of September 20, 2015, at 4:49 p.m.

    SO ORDERED on September 20, 2015.

                               s/Robert L. Hinkle
                               United States District Judge